**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 15, 2008

Mr. Kevin M. Schad
Schad & Schad
1001 W. Main Street
Suite F
Lebanon, OH 45036

Re: Case No. 08-3585, *United States of America v. John Donnell*
Originating Case No. : 07-00261-001

Dear Counsel,

Your appeal has been docketed as case number 08-3585 with the caption that is enclosed on a separate page.

As defendant's trial counsel, your appointment under the Criminal Justice Act is extended automatically pursuant to Sixth Circuit Rule 101(b). **This letter serves as your authorization to order any transcript which you deem necessary for the appeal.**

At this stage of the appeal, the following forms should be downloaded from the Court's web site: www.ca6.uscourts.gov and filed with the Clerk's office by **May 29, 2008**.

Appellant: Appearance of Counsel
Transcript Order (if applicable)
Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If the filing fee for the appeal is due, it must be paid to the District Court by **May 29, 2008**. These deadlines are important -- if the initial forms are not timely filed or the filing fee is not paid, the appeal will be dismissed for want of prosecution.

If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Michelle M. Davis
Case Manager
Direct Dial No. 513-564-7025
Fax No. 513-564-7098

cc: Mr. Dale E. Williams Jr.

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 08-3585**

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JOHN DONNELL,

Defendant - Appellant